# PELTON & ASSOCIATES PC

ATTORNEYS AT LAW

111 BROADWAY, SUITE 1503, NEW YORK, NY 10006
PHONE: (212) 385-9700 | FAX: (212) 385-0800 | WEBSITE: www.peltonlaw.com

**BRENT E. PELTON**
TELEPHONE: (212) 385-9700
E-MAIL: pelton@peltonlaw.com

March 17, 2016

**VIA ECF**

Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

     Re: *Adams, et al. v. New York Fried Chicken, Inc., et al.*
       Civil Action No. 15 Civ. 5702 (RRM) (RLM)

Dear Judge Mann:

  This office represents Plaintiffs in the above-referenced action. We write on consent of the Defendants to inform Your Honor that the parties have decided to pursue resolution through the Eastern District of New York mediation program. Thus, the parties respectfully request that Your Honor issue a Mediation Referral Order so that the parties may select a mediator.

  We appreciate Your Honor's attention to this matter. Should Your Honor have any questions regarding this request, please feel free to contact the undersigned.

          Respectfully submitted,

          */s/ Brent E. Pelton*

          Brent E. Pelton, Esq. of
          PELTON & ASSOCIATES PC

cc: Raymond Nardo (via ECF)