# PELTON & ASSOCIATES PC

ATTORNEYS AT LAW

111 BROADWAY, SUITE 1503, NEW YORK, NY 10006
PHONE: (212) 385-9700 | FAX: (212) 385-0800 | WEBSITE: www.peltonlaw.com

**BRENT E. PELTON**  May 17, 2016
TELEPHONE: (212) 385-9700
E-MAIL: pelton@peltonlaw.com

**VIA ECF**

Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Adams, et al. v. New York Fried Chicken, Inc., et al.*
        Civil Action No. 15 Civ. 05702 (RRM) (RLM)

Dear Judge Mann:

  This office represents Plaintiffs in the above-referenced action. We write, with the consent of all parties, to inform Your Honor that the parties are still in the process of finalizing the settlement documents. Additionally, after the April 19, 2016 mediation with Vivian Berger, one of the Plaintiffs expressed a desire not to be bound by the terms of the settlement. We are scheduled to meet with that Plaintiff next week in our office.

  Thus, the parties respectfully request that the deadline to file final fairness materials be adjourned until Monday, June 6, 2016. This is the parties' first request for an adjournment of the May 23, 2016 deadline.

  We appreciate Your Honor's attention to this matter. Should Your Honor have any questions regarding this request, please feel free to contact the undersigned.

            Respectfully submitted,

            */s/ Brent E. Pelton*

            Brent E. Pelton, Esq. of
            PELTON & ASSOCIATES PC

cc: Raymond Nardo (via ECF)