# PELTON GRAHAM LLC

111 BROADWAY, SUITE 1503, NEW YORK, NEW YORK 10006
T 212.385.9700 ‖ F 212.385.0800 ‖ WWW.PELTONGRAHAM.COM

**BRENT E. PELTON, ESQ.**
PELTON@PELTONGRAHAM.COM

JUNE 1, 2016

**<u>VIA ECF</u>**
Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:  *Adams, et al. v. New York Fried Chicken, Inc., et al.*
> <u>Civil Action No. 15 Civ. 05702 (RRM) (RLM)</u>

Dear Judge Mann:

This office represents Plaintiffs in the above-referenced action. We write, on behalf of all parties, in accordance with the Court's March 17, 2016 Order, to provide Your Honor with an update as to the status of the case.

After participating in an all-day mediation with Vivian Berger on April 19, 2016, the parties signed a Term Sheet outlining the terms of the settlement. Unfortunately, however, one of the Plaintiffs is unwilling to execute a final settlement agreement. Defense counsel has indicated that he wishes to enforce the terms outlined in the Term Sheet.

Thus, the parties respectfully request an in-person conference before Your Honor at such time as is convenient for the Court to discuss how to proceed.

We appreciate Your Honor's attention to this matter. Should Your Honor have any questions regarding this request, please feel free to contact the undersigned.

Respectfully submitted,

*/s/ Brent E. Pelton*

Brent E. Pelton, Esq. of
PELTON GRAHAM LLC

cc:  Raymond Nardo (via ECF)

–« ADVOCATES FOR JUSTICE »–