# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

_____

129 THIRD STREET

MINEOLA, NY 11501

_____

(516) 248-2121 (TEL)

(516) 742-7675 (FAX)

raymondnardo@gmail.com

June 15, 2016

<u>BY ECF</u>

Magistrate Judge Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   <u>15-CV-05702-RRM-RLM Adams et al v. New York
Fried Chicken, Inc.</u>

Hon. Magistrate Judge Mann:

I represent the defendants in the above matter.  Defendants consent
to the hearing on June 24, 2016 and to any corresponding
discussions concerning what transpired at the mediation.  In
addition, defendants' counsel has a likely conflict, but consents
to the conference proceeding without defendant or counsel.

Thank you for your consideration and cooperation.

                Respectfully submitted,

                RAYMOND NARDO

RN:rn